IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

*Norfolk Division*

FILED
IN OPEN COURT

SEP 2 4 2020

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 2:20-CR-86 |
| | ) | |
| v. | ) | 18 U.S.C. § 111(a)(1) and (b) |
| | ) | Assaulting, Resisting, or Impeding |
| JOHN KYRIAKOS HADJIKAKOS, | ) | Certain Officers or Employees |
| | ) | (Count 1) |
| Defendant. | ) | |

**INDICTMENT**

September 2020 TERM - at Norfolk, Virginia

THE GRAND JURY CHARGES THAT:

<u>COUNT ONE</u>

(Assaulting, Resisting, or Impeding Certain Officers or Employees)

On or about April 25, 2020, in Norfolk, Virginia, in the Eastern District of Virginia, the defendant, JOHN KYRIAKOS HADJIKAKOS, did unlawfully and forcibly assault, resist, oppose, impede, intimidate [kyfo ACO], and interfere with M.V., a person designated in Title 18, United States Code, Section 1114, while she was engaged in or on account of the performance of her official duties, and did inflict bodily injury.

(In violation of Title 18, United States Code, Sections 111(a)(1), 111(b), and 1114.)

Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office

_United States v. John Kyriakos Hadjikakos_
Criminal No. 2:20-CR-86

A TRUE BILL:

**REDACTED COPY**

_____
FOREPERSON

G. ZACHARY TERWILLIGER
UNITED STATES ATTORNEY

By: _____
  Randy Stoker
  Assistant United States Attorney
  Kristin G. Bird
  Special Assistant United States Attorney
  United States Attorney's Office
  101 West Main Street, Suite 8000
  Norfolk, Virginia 23510
  Office Number - 757-441-6331
  Facsimile Number - 757-441-6689
  Email addresses: randy.stoker@usdoj.gov
                         kristin.bird@usdoj.gov