PURSUANT TO THE E-GOVERNMENT ACT OF 2002

JS 45 (11/2002)

**Criminal Case Cover Sheet**                                                              **U.S. District Court**

| Place of Offense: | Under Seal: Yes ☐ No ☒ | Judge Assigned: |
|---|---|---|
| City: EDVA | Superseding Indictment: | Criminal Number: 2:20cr |
| County/Parish: | Same Defendant: | New Defendant: John Kyriakos Hadjikakos |
| | Magistrate Judge Case Number: | Arraignment Date: |
| | Search Warrant Case Number: | |
| | R 20/R 40 from District of _____ | |

**Defendant Information:**

Juvenile: Yes ☐ No ☒    FBI# 495028R3

Defendant: John Kyriakos Hadjikakos    Alias Name(s):

Address:    Virginia Beach, VA 23451

Birth Date: 1957    SS#: 7600    Sex: M    Race: W    Nationality:    Place of Birth: Virginia

Height: 5'09"    Weight: 185    Hair: Brown    Eyes: Brown    Scars/Tattoos

Interpreter: Yes ☐ No ☒    List Language and/or dialect:

State ID:

**Location Status:**

Arrest Date:

☐ Already in Federal Custody as of: _____ in: _____
☐ Already in State Custody        ☐ On Pretrial Release (for state)    ☒ Not in Custody
☐ Arrest Warrant Requested        ☐ Fugitive                            ☒ Summons Requested for 10/2
☐ Arrest Warrant Pending          ☐ Detention Sought                    ☐ Bond

**Defense Counsel Information:**

| Name: Trey Kelleter, Esq. | ☐ Court Appointed |
|---|---|
| Address: 409 Duke Street, Suite 100 Norfolk, VA 23510 | ☒ Retained |
| Telephone: 757-500-7666 | ☐ Public Defender |
| Email: Trey@Kelleterlaw.com | ☐ Office of Federal Public Defender should not be appointed due to conflict of interest |
| | ☐ CJA attorney: _____ should not be appointed due to conflict of interest |
| | ☐ conflict memorandum will be filed with the clerk's office |

**U.S. Attorney Information:**

| AUSA: Randy Stoker; SAUSA Kristin Bird | Telephone No. 757-441-6331 | Bar #: |

**Complainant Agency, Address & Phone Number or Person & Title:**

USPI Jason Thomasson, 757-629-2129, Norfolk Division

**U.S.C. Citations:**

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 U.S.C. § 111(a)(1) and (b) | Assault, Resisting, or Impeding Certain Officers or Employees | 1 | Felony |